_____ FILED   _____ LODGED
_____ RECEIVED

**Feb 14, 2022**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22- 5047 |
| Plaintiff, | |
| v. | INFORMATION |
| RACHEL A. ROBINSON, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

On or about August 21, 2021, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, RACHEL A. ROBINSON, the parent of a child, did recklessly abandon her son creating an imminent and substantial risk of bodily harm.

All in violation of 18 U.S.C. §§ 7 and 13 and R.C.W. 9A.42.080.

///

///

INFORMATION
United States v. RACHEL A. ROBINSON
Pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
 (253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@army.mil

DATED this 11th day of February, 2022.

NICHOLAS W. BROWN
United States Attorney

/s/ JESSICA R. PAVLOCK /s/
JESSICA R. PAVLOCK
Special Assistant United States Attorney

INFORMATION
United States v. RACHEL A. ROBINSON
Pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
 (253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@army.mil